1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

MARIELA MURILLO et al,

                   Plaintiffs,

    v.

OBI SEAFOODS, LLC,

                   Defendant.

CASE NO. 2:25-cv-00588-LK

ORDER GRANTING STAY

16    This matter comes before the Court on the parties' Joint Stipulated Motion to Stay

17 Proceedings. Dkt. No. 33. The parties request that the Court stay proceedings in this matter through

18 November 19, 2025 for the parties "to attend mediation to attempt to resolve this

19 litigation." *Id.* at 1. The mediation is scheduled for November 12, 2025. *Id.* For the reasons

20 explained below, the motion is granted.

21    "[T]he power to stay proceedings is incidental to the power inherent in every court to

22 control the disposition of the causes on its docket with economy of time and effort for itself, for

23 counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). The Court "may order

24 a stay of the action pursuant to its power to control its docket and calendar and to provide for a

ORDER GRANTING STAY - 1

1  just determination of the cases pending before it." *Leyva v. Certified Grocers of Cal., Ltd.*, 593

2  F.2d 857, 864 (9th Cir. 1979). In considering whether to grant a stay, courts consider several

3  factors, including "the possible damage which may result," "the hardship or inequity which a party

4  may suffer in being required to go forward," and "the orderly course of justice[.]" *CMAX, Inc. v.*

5  *Hall*, 300 F.2d 265, 268 (9th Cir. 1962).

6         A stay is appropriate here because the two-month delay in proceedings will not cause any

7  damage, nor any hardship or inequity to any party, and will promote the orderly course of justice.

8  If the parties resolve this matter through mediation, there will be significant savings of the parties'

9  and the Court's resources. The Court thus GRANTS the parties' motion. Dkt. No. 33. All

10 upcoming case deadlines in the Court's prior order, Dkt. No. 29, are stayed until November 19,

11 2025. Additionally, further briefing on Defendant OBI Seafoods, LLC's motion to dismiss, Dkt.

12 No. 32, is STAYED pending the outcome of the parties' scheduled mediation. Should the case

13 reach a settlement, the parties must notify the Court in accordance with the Court's Standing Order

14 for All Civil Cases. *See* Dkt. No. 14-1 at 3. Otherwise, by November 19, 2025, the parties must

15 file a joint status report and proposed revised briefing schedule on the motion to dismiss.

16        Dated this 18th day of September, 2025.

17

18                                        Lauren King
                                          United States District Judge

19

20

21

22

23

24

ORDER GRANTING STAY - 2