Hon. Lauren King

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARIELA MURRILLO, TARA HAMLIN, and CARLY DUNN, *individually, and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>OBI SEAFOODS, LLC,<br><br>Defendant. | Lead Case No. 2:25-cv-00588-LK<br><br>STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Mariela Murrillo, Tara Hamlin, and Carly Dunn, by and through undersigned counsel of record, and Defendant OBI Seafood, LLC, hereby give notice that the above-captioned action is dismissed, without prejudice, against Defendant OBI Seafoods, LLC.

Dated: November 19, 2025                    Respectfully submitted,

/s/Kaleigh N. Boyd
Kaleigh N. Boyd, WSBA No. 52684
Joan M. Pradhan, WSBA No. 58134
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700

STIPULATION OF DISMISSAL WITHOUT PREJUDICE - 1

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | Seattle, Washington 98101 |
| 2 | Telephone: (206) 682-5600 |

Seattle, Washington 98101
Telephone: (206) 682-5600
kboyd@tousley.com
jpradhan@tousley.com

Danielle L. Perry (admitted *pro hac vice*)
**MASON LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
dperry@masonllp.com

Mariya Weekes (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
201 Sevilla Avenue, 2nd Floor
Coral Gables, Florida 33134
Telephone: (786) 879-8200
mweekes@milberg.com

Leigh S. Montgomery (*pro hac vice* forthcoming)
**EKSM, LLP**
1105 Milford Street
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455
lmontgomery@eksm.com

*Attorneys for Plaintiffs*

*/s/Jad Sheikali*
Jad Sheikali (admitted *pro hac vice*)
**SHOOK, HARDY, & BACON L.L.P.**
111 South Wacker Drive, Suite 4700
Chicago, IL 60606
Tel: (312) 704-7700
Fax: (312) 558-1195
Email: jskeikali@shb.com

*Attorney for Defendant OBI Seafoods, LLC*

STIPULATION OF DISMISSAL
WITHOUT PREJUDICE - 2

Tousley Brain Stephens PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992